**Order filed September 28, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00149-CV
_____

## IN THE INTEREST OF A.D AND S.R., CHILDREN

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 72941**

## ORDER

Appellant D.D.'s brief was due July 24, 2017, but was not filed. On August 17, 2017, we ordered that unless D.D. filed a brief with this court on or before September 18, 2017, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time has been filed.

Hurricane Harvey struck the Texas coast on August 25, 2017. On August 28, 2017, the Supreme Court of Texas issued Misc. Docket No. 17-9091, an emergency order directing all courts in Texas to consider disaster-related delays as good cause for modifying or suspending all deadlines in any case.

Accordingly, D.D. is ordered to file a brief by **October 12, 2017**. If D.D. does not file a brief, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM